**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6655

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN DEONTA STROM, a/k/a Jae Dee, a/k/a Jae, a/k/a J-Dirt,

Defendant - Appellant.

No. 22-6850

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN DEONTA STROM, a/k/a Jae Dee, a/k/a Jae, a/k/a J-Dirt,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:12-cr-00159-LMB-1)

Submitted:  December 15, 2022                    Decided:  December 20, 2022

2

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Justin Deonta Strom, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Justin Deonta Strom appeals the district court's orders denying Strom's Fed. R. Crim. P. 36 motions to correct purported clerical errors in his presentence report and criminal judgment.  Upon review of the record, we discern no error in the district court's rulings on Strom's motions.  Accordingly, we affirm the district court's orders.  *United States v. Strom*, No. 1:12-cr-00159-LMB-1 (E.D. Va. May 24, 2022; July 14, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*